UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
          :
HILDA MARGARITA ACOSTA CUEVAS,    :
          :
         Plaintiff,    :
          :    25-CV-05324 (JAV)
    -v-    :
          :    <u>ORDER</u>
COMMISSIONER OF SOCIAL SECURITY,    :
          :
         Defendant.    :
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      Pursuant to the Court's Order dated July 23, 2025, ECF No. 5, the parties were required to file a joint letter, the contents of which are described therein, by August 6, 2025. To date, the parties have not filed the joint letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **August 22, 2025**.

      SO ORDERED.

Dated: August 18, 2025
      New York, New York

                                                                 _____
                                                                 JEANNETTE A. VARGAS
                                                                 United States District Judge