**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**---------------------------------------------------------------X**

**HILDA MARGARITA ACOSTA CUEVAS,**

**Plaintiff,**

**-against-**

**COMMISSIONER OF SOCIAL SECURITY,**

**Defendant.**

**---------------------------------------------------------------X**

**25-CV-05324 (VF)**

**ORDER SCHEDULING ORAL ARGUMENT**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

Oral argument on the motion for judgment on the pleadings is hereby scheduled for **Wednesday, August 19, 2026 at 3:00 p.m.** Counsel for the parties are directed to call Judge Figueredo's Microsoft Teams conference line at the scheduled time. **Please dial (646) 453-4442; access code [618 855 588#].**

The Court is interested in having the parties explain how the ALJ's RFC accounts for Plaintiff's moderate limitations in concentrating, persisting, or maintaining pace. The parties should also be prepared to discuss how the ALJ considered the supportability and consistency of the opinions of Dr. Tieng and Dr. Herivaux.

**SO ORDERED.**

DATED: New York, New York
August 10, 2026

VALERIE FIGUEREDO
United States Magistrate Judge