**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**---------------------------------------------------------------X**

**HILDA MARGARITA ACOSTA CUEVAS,**

**Plaintiff,**

**-against-**

**COMMISSIONER OF SOCIAL SECURITY,**

**Defendant.**

**---------------------------------------------------------------X**

**25-CV-05324 (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

For the reasons stated on the record at the conference held today, August 19, 2026, Plaintiff's motion for judgment on the pleadings is **GRANTED**; the case is **REMANDED** for further proceedings. The Clerk of Court is respectfully directed to close the gavel at ECF No. 17, enter final judgment in favor of Plaintiff, and close the case.

**SO ORDERED.**

DATED: New York, New York
August 19, 2026

VALERIE FIGUEREDO
United States Magistrate Judge