UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HILDA MARGARITA ACOSTA CUEVAS,

Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY.,

Defendant.

25 CIVIL 5324 (VF)

# JUDGMENT

It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Order dated August 19, 2026, Plaintiff's motion for judgment on the pleadings is GRANTED; the case is REMANDED for further proceedings. Accordingly, the case is closed.

**Dated:** New York, New York
August 20, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**